## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-24462-KMW

Plaintiff:
**ALEJANDRO MUGABURU**

vs.

Defendant:
**AKIMA GLOBAL SERVICES, LLC; DEPARTMENT OF HOMELAND SECURITY; AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

For:
Eduardo A. Maura, Esq.
Ayala Law Pa
1390 Brickell Avenue, Suite 335
Miami, FL 33131

Received by Global Process Services Corp on the 2nd day of November, 2020 at 5:39 pm to be served on **AKIMA GLOBAL SERVICES, LLC C/O CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Sandra Quinones, do hereby affirm that on the **4th day of November, 2020** at **2:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **AKIMA GLOBAL SERVICES, LLC C/O CORPORATION SYSTEM**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

**Sandra Quinones**
SPS #394

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
**(786) 287-0606**

Our Job Serial Number: GER-2020003047
Ref: AL

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Alejandro Mugaburu, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20-cv-24462-KMW |
| Akima Global Services, LLC; Department of Homeland Security; and U.S. Immigration and Customs Enforcement, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Akima Global Services, LLC
c/o Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eduardo A. Maura, Esq.
2490 Coral Way, Ste 401
Miami, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Oct 30, 2020

Angela E. Noble
Clerk of Court

s/ Natrice L. Christian
Deputy Clerk
U.S. District Courts