## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ALEJANDRO MUGABURU,** | |
| **Plaintiff,** | **No. 1:20-cv-24462-KMW** |
| **v.** | |
| **AKIMA GLOBAL SERVICES, LLC, DEPT. OF HOMELAND SECURITY, AND US IMMIGRATION AND CUSTOMS ENFORCEMENT.** | |
| **Defendants.** | |

## DEFENDANT AKIMA GLOBAL SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Akima Global Services, LLC, by and through undersigned counsel, provides the following corporate disclosure information: Akima Global Services, LLC is a wholly owned subsidiary of Akima, LLC. Akima, LLC is a wholly owned subsidiary of NANA Regional Corporation, which is a privately held Alaska Native Corporation. As of this date, there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted on this 23rd day of November 2020.

*/s/ Heather F. Crow*
Heather F. Crow, Esq.
Florida Bar No.: 115437
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway, Suite 101

Tallahassee, FL 32309
T: (850) 296-1953 | F: (504) 596-4189
hfc@kullmanlaw.com

**Counsel for Defendant,**
**AKIMA GLOBAL SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 23rd day of November, 2020, I caused to be served the

foregoing pleading using the Court's CM/ECF system, on the following parties:

Eduardo A. Maura, Esq.
Luis F. Quesada, Esq.
**Ayala Law, P.A.**
2490 Coral Way, Ste. 401
Miami, FL 33145
305-570-2208
Email: eayala@ayalalawpa.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Heather F. Crow*
Heather F. Crow, Esq.