## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ALEJANDRO MUGABURU,** | **Civil Action No. 1:20-cv-24462-KMW** |
| **Plaintiff,** | |
| **v.** | |
| **AKIMA GLOBAL SERVICES, LLC; DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | |
| **Defendant.** | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT,** as of April 26, 2021, the attorney for Defendant, Akima Global Services, LLC ("AGS" or "Defendant") has changed his/her address for service of notices and documents in the above-captioned action.  The new address of The Kullman Firm for Heather F. Crow is 2915 Kerry Forest Parkway, Suite 101, Tallahassee, Florida 32309; Telephone number is (850) 296-1953; Fax number (504) 596-4189.  All notices and documents regarding the above-captioned action should be sent to this address.

Respectfully submitted this 28th day of April, 2021.

_/s/ Heather F. Crow_____
Heather F. Crow, Esq.
Florida Bar No.: 115437
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway, Suite 101
Tallahassee, FL 32309
T: (850) 296-4189| F: (504) 596-4189
hfc@kullmanlaw.com

**COUNSEL FOR DEFENDANT**

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 28th day of April, 2021, I caused to be served the foregoing pleading

via U.S. Postal Service and using the Court's CM/ECF system, on the following parties:

Eduardo A. Maura. Esq. (FL. Bar No. 91303)

Luis F. Quesada, Esq.

**Ayala Law, P.A**

2490 Coral Way, Ste. 401

Miami, FL 33145

Telephone: (305) 570-2208

Email: eayala@ayalalawpa.com

**ATTORNEYS FOR PLAINTIFF**

U.S. Attorney Office

99 N.E. 4th Street

Miami, FL 33132

U.S. Department of Justice Attorney General

950 Pennsylvania Avenue NW

Washington, DC 20530

U.S. Department of Homeland Security

2707 Martin Luther King Jr. Ave, SE

Washington, DC 20528-0485

and

20 Massachusetts Ave NW

Washington, DC 20001

Email: ogc@hq.dhs.gov

U.S. Immigration and Customs Enforcement

20 Massachusetts Ave NW

Washington, DC 20001

_/s/ Heather F. Crow_

Heather F. Crow, Esq.

2