UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:20-cv-24462-WILLIAMS

| | |
|---|---|
| **ALEJANDRO MUGABURU,** | § § § |
| **Plaintiff,** | § § |
| v. | § § |
| **AKIMA GLOBAL SERVICES, LLC,** et al, | § § § |
| **Defendants.** | § § § § § |

## JOINT STIPULATION ON EXHIBITS

Plaintiff Alejandro Mugaburu and Defendant Akima Global Services, LLC, by and through their undersigned counsel and pursuant to the Court's Paperless Order [D.E. 138], hereby submit this additional Joint Stipulation on Exhibits:

The parties do not have any joint exhibits. The parties will stipulate the following as reflected in the Numbered Lists of Trial Exhibits, which are being filed concurrently with this Joint Stipulation on Exhibits:

Defendant stipulates to the authenticity of exhibits Plf. No. 1 and No. 2, previously identified, and disclosed in the Joint Pretrial Stipulation [D.E. 127], and as now found in the Numbered Lists of Trial Exhibits filed on this date.

Defendant has removed two of its exhibits referenced in the previously filed Joint Pretrial Stipulation [D.E. 127], and renumbered the remaining exhibits in the new Numbered Lists of Trial

1

Exhibits, which are being filed concurrently with this Joint Stipulation on Exhibits. The two removed exhibits will not be used at trial, except as needed for impeachment.

Plaintiff stipulates to the authenticity of the exhibit Def. No. 4, previously identified, and disclosed in the Joint Pretrial Stipulation [D.E. 127], and as now found in the Numbered Lists of Trial Exhibits filed on this date.

Respectfully submitted this 6th day of October, 2023.

/s/ *Heather F. Crow*
Heather F. Crow, Esq.
Florida Bar No.: 115437
**THE KULLMAN FIRM**
2915 Kerry Forest Parkway, Suite 101
Tallahassee, FL 32309
T: (850) 296-4189| F: (504) 596-4189
hfc@kullmanlaw.com

Amiel J. Provosty
Louisiana Bar No. 33320 (Admitted PHV)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
T: (850) 296-4189| F: (504) 596-4189
ajp@kullmanlaw.com

**COUNSEL FOR DEFENDANT,**
**AKIMA GLOBAL SERVICES, LLC**

*/s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No.: 91303
**AYALA LAW, P.A.**
2490 Coral Way, Suite 401
Miami, FL 33145
T: (305) 570-2208| F: (305) 503-7206
eduardo@ayalalawpa.com

Luis F. Quesada, Esq.
Florida Bar No.: 1010305
**AYALA LAW, P.A.**
2490 Coral Way, Suite 401
Miami, FL 33145
T: (305) 570-2208| F: (305) 503-7206
lquesada@ayalalawpa.com

**COUNSEL FOR PLAINTIFF,**
**ALEJANDRO MUGABURU**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a copy of the same by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:20-cv-24462-WILLIAMS

ALEJANDRO MUGABURU, §

      Plaintiff, §

v. §

AKIMA GLOBAL SERVICES, LLC, et al, §

      Defendants. §

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE: Hon. Kathleen M. Williams | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S): | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ STIPULATIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, BATES | WITNESS |
| | 1 | | I, R, UP | | | Detention history, D-178 | Michelle Jones |
| | 2 | | | | | Detainee bed assignment history, D-179-180 | Michelle Jones |
| | 3 | | H | | | Special Management Unit Paperwork, D-181-182 | Michelle Jones, Plaintiff |
| | 4 | | Parties stipulated to authenticity | | | Protective Custody Statements, D-183-184 | Plaintiff |
| | 5 | | | | | Transport Detail, D-185-197 | Michelle Jones |
| | 6 | | A, R | | | Van photos, D-198-205 | Michelle Jones, Plaintiff |
| | 7 | | | | | Special Needs Communication 5-2-2020, Mugaburu-163 | Plaintiff |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | | I, R, UP | | | Circuit Court Finding of Guilt and Order of Withholding Adjudication, Mugaburu-041-042 | Plaintiff |
| 9 | | R | | | ICE Memorandum re payer status May 20th, 2019, Mugaburu-068-069 | Plaintiff |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Action No. 1:20-cv-24462-WILLIAMS

| ALEJANDRO MUGABURU, | § § § |
|---|---|
| Plaintiff, | § § § |
| v. | § § § |
| AKIMA GLOBAL SERVICES, LLC, et al, | § § § |
| Defendants. | § § § § |

## PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE: Hon. Kathleen M. Williams | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S): | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ STIPULATIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
| 1 | | | Parties stipulated to authenticity | | | Detainee Grievance Form, dated 12.06.2019, MUGABURU078 | Mugaburu |
| 2 | | | Parties stipulated to authenticity | | | Letter, dated 12.27.2019, MUGABURU002-003 | Mugaburu |
| 3 | | | | | | Neurology Clinic First Visit Records, dated 01.03.2020, MUGABURU081-082 | Deochand |
| 4 | | | | | | Ortho Consult Note, dated 01.17.2020, MUGABURU066 | Montane |
| 5 | | | | | | Follow Up Instructions, dated 01.17.2020, MUGABURU077 | Montane |

| 6 | | | | | | Patient Assessment Report, dated 02.19.2020, MUGABURU060-064 | Montane |
| 7 | | | | | | Electroencephalography Report, dated 02.21.2020, MUGABURU151 | Deochand |
| 8 | | | R | | | Progress Notes, dated 01.18.2021 to 12.03.2021, MUGABURU295-335 | Ruiz |
| 9 | | | R | | | Medical Records, dated 02.24.2021 to 06.09.2021, MUGABURU183-238 | Melo Bicchi |
| 10 | | | R | | | Psychiatric Evaluation, dated 01.13.2022, MUGABURU343-344 | Pabon, Lemes |
| 11 | | | R | | | Psychiatric Assessment, dated 11.22.2022, MUGABURU349-350 | Pabon, Lemes |
| 12 | | | R | | | Performance-Based National Detention Standards 2011, MUGABURU354-808 | AGS Corporate Representative |