# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-24462-CIV-WILLIAMS/Reid

ALEJANDRO MUGABURU,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC et al.,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Alejandro Mugaburu and Defendant Akima Global Services, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that this action and all remaining claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: October 11, 2023

                              Respectfully submitted,

| | |
|---|---|
| /s/Eduardo A. Maura | |
| Eduardo A. Maura, Esq. | Luis F. Quesada, Esq. |
| Florida Bar No. 91303 | Florida Bar No. 1010305 |
| **AYALA LAW, P.A.** | **AYALA LAW, P.A.** |
| 2490 Coral Way, Ste 401 | 2490 Coral Way, Ste 401 |
| Miami, FL 33145 | Miami, FL 33145 |
| T: (305) 570-2208 \| F: (305) 503-7206 | T: (305) 570-2208 \| F: (305) 503-7206 |
| eduardo@ayalalawpa.com | lquesada@ayalalawpa.com |

**COUNSEL FOR PLAINTIFF
ALEJANDRO MUGABURU**

| | |
|---|---|
| /s/*Heather F. Crow*<br>Heather F. Crow, Esq.<br>Florida Bar No. 115437<br>**THE KULLMAN FIRM**<br>2915 Kerry Forest Parkway, Suite 101<br>Tallahassee, FL 32309<br>T: (850) 296-4189 \| F: (504) 596-4189<br>hfc@kullmanlaw.com | Amiel J. Provosty<br>Louisiana Bar No. 33320 (Admitted PHV)<br>**THE KULLMAN FIRM**<br>1100 Poydras Street, Suite 1600<br>New Orleans, LA 70163<br>T: (850) 296-4189 \| F: (504) 596-4189<br>ajp@kullmanlaw.com |

**COUNSEL FOR DEFENDANT**
**AKIMA GLOBAL SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No. 91303